DEBORAH G. LEVINE
CA State Bar #57607
1299 Newell Hill Place, Suite 300
Walnut Creek, CA 94596
Tel. (925) 933-5100
Fax (925) 933-5297

Attorney for Defendant
MITCHELL COMEAUX

# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND VENUE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MITCHELL COMEAUX,<br>Defendant.<br>_____ / | CASE NO. CR 16-0513 JST<br>STIPULATION AND ~~PROPOSED~~ ORDER TO CONTINUE SENTENCING HEARING<br><br>_____<br>Date: December 8, 2017<br>Time: 9:30 a.m.<br>Dept: Honorable Jon S. Tigar |

## STIPULATION

Defendant, by and through counsel, Deborah G. Levine, and the Government by and through Assistant United States Attorney Stephen Meyer, stipulate and agree that the sentencing hearing currently scheduled for December 8, 2017 be continued to December 20, 2017 in San Francisco so that the defendant can have more time necessary to complete his investigation and preparation for the sentencing hearing. United States Probation Officer, Brian Casai has been notified and has no objection to this requested continuance and is available to appear on December 20, 2017.

1   STIPULATION AND ~~PROPOSED~~ ORDER TO CONTINUE SENTENCING

IT IS SO STIPULATED:

Dated:_____              _____/s/_____
                                    DEBORAH G. LEVINE
                                    Attorney for Mitchell Comeaux

Dated:_____              _____/s/_____
                                    STEPHEN MEYER,
                                    Assistant United States Attorney

~~PROPOSED~~ ORDER

FOR GOOD CAUSE SHOWN and by agreement of the parties the sentencing hearing currently scheduled for December 8, 2017 shall be continued to December 20, 2017 in San Francisco at 11 a.m.

IT IS SO ORDERED:

Dated: December 4, 2017

_____
Honorable _____ District Court Judge

*IT IS SO ORDERED*
*Judge Jon S. Tigar*