DEBORAH G. LEVINE
CA State Bar #57607
1299 Newell Hill Place, Suite 300
Walnut Creek, CA 94596
Tel. (925) 933-5100
Fax (925) 933-5297

Attorney for Defendant
MITCHELL COMEAUX

# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND VENUE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br>vs.<br><br>MITCHELL COMEAUX,<br>　　　　　Defendant. | CASE NO. CR 16-0513 JST<br>STIPULATION AND ~~PROPOSED~~ ORDER TO CONTINUE SENTENCING<br>_____<br>Date: January 12, 2018<br>Time: 9:30 a.m.<br>Dept: Honorable Jon S. Tigar |

_____ /

## STIPULATION

Defendant, by and through counsel, Deborah G. Levine, and the Government, by and through assistant United States Attorney Stephen Meyer stipulate and request a continuance of the sentencing hearing scheduled for December 20, 2017 at 11:00 a.m. in San Francisco to January 12, 2018 at 9:30 a.m. in Oakland. Counsel for the defendant requires further time to meet with her client and complete her sentencing preparation and memorandum. Counsel has been unavailable due to unexpected obligations on other cases making it impossible to complete the tasks required before sentencing and meet with her client to discuss these matters. For these reasons and for effective representation of counsel this continuance is necessary.

1　CONTINUANCE REQUEST AND ~~PROPOSED~~ ORDER

IT IS SO STIPULATED:

Dated: December 12, 2017      _____/s/_____
                                                 Stephen Meyer, AUSA

Dated: December 12, 2017      _____/s/_____
                                                 Deborah G. Levine, Attorney for Mitchell Comeaux

PROPOSED ORDER

FOR GOOD CAUSE SHOWN and by stipulation of the parties the sentencing hearing currently scheduled for December 20, 2017 at 11:00 a.m. in San Francisco shall be continued to January 12, 2018 at 9:30 a.m. in Oakland.

IT IS SO ORDERED:

Dated: December 13, 2017



IT IS SO ORDERED
Judge Jon S. Tigar