DEBORAH G. LEVINE
CA State Bar #57607
1299 Newell Hill Place, Suite 300
Walnut Creek, CA 94596
Tel. (925) 933-5100
Fax (925) 933-5297

Attorney for Defendant
MITCHELL COMEAUX

# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND VENUE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 16-0513 JST |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING ON RESTITUTION |
| vs. | |
| MITCHELL COMEAUX, | Date: March 29, 2019 |
| Defendant. | Time: 9:30 a.m. |
| | Dept: Honorable Jon S. Tigar |

## STIPULATION

Defendant, by and through counsel, Deborah G. Levine, and the Government, by and through Assistant United States Attorney Stephen Meyer, stipulate and request a continuance of the restitution hearing now scheduled for March 29, 2019 at 9:30 a.m. in Oakland, to April 26, 2019 at 9:30 a.m. in Oakland. Counsel for the defendant requires further time to communicate with her client, who is in Bureau of Prisons custody, regarding the restitution issues the Court will decide.

1   CONTINUANCE STIPULATION AND PROPOSED ORDER

IT IS SO STIPULATED:

DATED: March 19, 2019                  _____/s/_____
                                                        STEPHEN MEYER, AUSA

DATED: March 19, 2019                  _____/s/_____
                                                        DEBORAH G. LEVINE
                                                        Attorney for Defendant

### [~~PROPOSED~~] ORDER

FOR GOOD CAUSE SHOWN and by stipulation of the parties the restitution hearing currently scheduled for March 29, 2019 at 9:30 a.m. in Oakland shall be continued to April 26, 2019 at 9:30 a.m. in Oakland.

IT IS SO ORDERED:

Dated: March 21, 2019

*IT IS SO ORDERED*
*[signature]*
*Judge Jon S. Tigar*
(United States District Court, Northern District of California seal)